UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MAXUS LEASING GROUP, INC.,

    Plaintiff,

v.

KOBELCO AMERICA INC., KOBELCO CONSTRUCTION
MACHINERY AMERICA
LLC, BROWNELL STEEL, INC., ALLAN J.
BENTKOFSKY, CHAPTER 7 TRUSTEE FOR
SYRACUSE EQUIPMENT LEASING CO., INC.,
WELLS FARGO EQUIPMENT FINANCE, INC.
and SYRACUSE EQUIPMENT LEASING CO., INC.,

    Defendants.

STIPULATION OF DISMISSAL

Civil Action No.:
04-CV-0518 (FJS/DEP)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the action entitled *Maxus Leasing Group, Inc. v. Kobelco America, Inc., Kobelco Construction Machinery America, LLC, Brownell Steel, Inc., Allan J. Bentkofsky, Chapter 7 Trustee for Syracuse Equipment Leasing Co., Inc., Wells Fargo Equipment Financing, Inc., and Syracuse Equipment Leasing Co., Inc.*, Case No. 04 CV 0518 (FJS/DEP) be, and the same hereby, is discontinued with prejudice, insofar as it pertains to the claims between Maxus and Kobelco, and without costs to either party as against the other.

GREEN & SEIFTER, ATTORNEYS, PLLC

By: _____
Kimberly M. Zimmer, Esq.
Bar Roll No. 505346
Attorneys for Plaintiff
Office and Post Office Address
One Lincoln Center, Suite 900
110 West Fayette Street
Syracuse, New York 13202
Telephone: (315) 422-1391

HISCOCK & BARCLAY, LLP

By: _____
J. Eric Charlton, Esq.
Bar Roll No. 101331
Office and Post Office Address
One Park Place
300 South State Street
P.O. Box 4878
Syracuse, New York 13221
Telephone: (315) 422-2131

BLEAKLEY PLATT & SCHMIDT, LLP
Thomas G. Bailey, Jr., Esq.
Bar Roll No. 512769
Office Address
One North Lexington Avenue
White Plains, New York 10601
Telephone: (914) 683-6956

SO ORDERED, this 16th day of July, 2007

_____
Hon. David E. Peebles
United States Magistrate Judge

490699/M0838L-00002

2